**Mary Hogan, by Anastasia Hogan, appellee, v. Charles H. Boyer, appellant. Gen. No. 23,719.**

Action to recover for personal injuries to a child struck by an automobile while crossing a street. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918.

John A. Bloomingston, for appellant. Quin O'Brien and William B. O'Brien, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**G. W. Gale, appellee, v. M. L. Munday and R. W. Scott, trading as Munday & Scott, appellants. Gen. No. 23,842.**

Action for fraud in a transaction involving the sale of realty. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Benjamin W. Pope, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918.

Northup, Burnham, Fairbank & Klein, for appellants. Bull, Lytton & Olson, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Citizens German National Bank of Hammond, Indiana, appellee, v. A. Bauer Distilling and Importing Company, appellant. Gen. No. 23,866.**

Action on notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918. Rehearing denied October 28, 1918.

James R. Ward, for appellant. William B. Jarvis, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Alfonso Dubossi, appellant, v. Giovanni Aeillo and Anton J. Cermak, bailiff of Municipal Court, appellees. Gen. No. 23,740.**

Trial of right to property. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 16, 1918.

Reuel H. Grunewald, for appellant. Francis Borrelli, for appellees.

Mr. Justice Taylor delivered the opinion of the court.